UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GEORGE KUSAJ,

      Plaintiff,

    v.

JUDGE LISA PORTER, IN HER
OFFICIAL CAPACITY; JUDGE
JOHN BURNS, IN HIS OFFICIAL
CAPACITY; AND STATE OF
FLORIDA, TWENTIETH
JUDICIAL CIRCUIT,

      Defendants.

Case No. 2:26-cv-72-KCD-NPM

_____/

## **ORDER**

Last year, the Court dismissed a nearly identical case to this one because Plaintiff George Kusaj failed to file a disclosure statement. (*See* Case No. 2:28-cv-865-KCD-NPM.) History repeats itself here. Kusaj has again failed to file a disclosure statement, despite a Court order directing him to do so. (Doc. 8.) Ignoring the Court's order is grounds for dismissal. "A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay." M.D. Fla. R. 3.10. Similarly, the Court has the "inherent power" to dismiss a case for lack of prosecution under its authority to manage its docket. *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962).

Kusaj has not diligently prosecuted this case and has ignored the Court's order. At bottom, his actions show a lack of interest. The Court thus **DISMISSES** Kusaj's claims without prejudice for failure to prosecute. *See* Local Rule 3.10. The Clerk is **DIRECTED** to enter judgment, terminate any pending motions and deadlines, and close the case.

**ORDERED** in Fort Myers, Florida on February 23, 2026.

Kyle C. Dudek
United States District Judge